IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD TRAHAN,

    Petitioner,                        No. CIV S-05-2368 MCE GGH P

    vs.

THOMAS L. CAREY, Warden, et al.,

    Respondents.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a pleading requesting that the court find that prison officials have violated his First Amendment right to religious freedom. Because this action concerns conditions of confinement, the court construes this action as a civil rights action pursuant to 42 U.S.C. § 1983.

        Because petitioner did not file his pleading on a complaint form, it is not entirely clear who he intends to name as defendants. Accordingly, petitioner's November 22, 2005, pleading is dismissed with leave to file a complaint.

        Petitioner also did not file an an in forma pauperis affidavit or paid the required filing fee ($250.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983;

2. Petitioner's November 22, 2005, pleading is dismissed with leave to file a civil rights complaint within thirty days of the date of this order;

3. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

4. The Clerk of the Court is directed to send petitioner the form for a civil rights complaint and a copy of the in forma pauperis form used by this district.

DATED:   1/31/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
trah2368.101a

2