IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD TRAHAN,

    Petitioner,                    No. CIV S-05-2368 MCE GGH P

    vs.

THOMAS L. CAREY, Warden, et al.,

    Respondents.               ORDER

_____/

    Pending before the court is petitioner's February 15, 2006, request for an extension of time to file a complaint pursuant to the court's order of January 31, 2006. Petitioner also requests that he be granted additional law library access. After reviewing petitioner's exhibits, it is unclear how much law library access petitioner has been granted and why more is required. This request is not well supported.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Petitioner's February 15, 2006 request for an extension of time is granted;

    2. Petitioner is granted thirty days from the date of this order in which to file a complaint;

/////

/////

1       3. Petitioner's request for law library access contained in his February 15, 2006,
2 pleading is denied.
3 DATED: 3/1/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
trah2368.111