IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DONALD TRAHAN,**<br><br>                           Plaintiff,<br><br>          v.<br><br>**THOMAS L. CAREY, Warden, et al.,**<br><br>                           Defendants. | Case No. 2:05-cv-2368-MCE-GGH (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Good cause appearing, Defendants are granted a 30-day extension of time to respond to Plaintiff's Complaint. Defendants' response to Plaintiff's complaint shall be due on or before Friday, April 27, 2007.

Dated: 4/18/07                                        /s/ Gregory G. Hollows
                                                              U.S. Magistrate Judge

tra2368.eot

1